IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID MICHAEL SMITH**     **PLAINTIFF**

v.     **CAUSE NO. 1:11cv92 LG-JMR**

**ERIC H. HOLDER, JR.,** Attorney General of
the United States; **ALEJANDRO MAYORKAS,**
Director, U.S. Citizenship and Immigration
Services; and **STACIA HYLTON,** Director,
United States Marshal Service     **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Eric H. Holder, Jr., Alejandro Mayorkas, and Stacia Hylton. Plaintiff's claims against these Defendants are **DISMISSED without prejudice.**

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2012.

                               s/ *Louis Guirola, Jr.*
                               LOUIS GUIROLA, JR.
                               CHIEF U.S. DISTRICT JUDGE